TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARTIN J. MAYER
Special Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Martin.Mayer@usdoj.gov
*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| CARLOS RAFAEL DEL CID CRUZ,<br><br>Petitioner,<br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>Respondents. | Case No. 2:26-cv-00853-APG-EJY<br><br>**ORDER GRANTING**<br><br>**Unopposed Motion for Extension of Time for Federal Respondents to Review Petitioner's Fee Application**<br><br>**(First Request)** |

Federal Respondents, through undersigned counsel, move this Court for a one-week extension, from June 17, 2026, to and including June 24, 2026, to review Petitioner's Fee Application in accordance with the Court's Order, ECF No. 12. This extension is requested due to approximately 16 competing deadlines in habeas immigration cases assigned to the undersigned counsel, and the federal holiday on June 19, 2026, when the offices will be closed. Petitioner's counsel does not oppose this extension.

This is Federal Respondents' first request for an extension of time in this matter. This request is made in good faith and not for purposes of undue delay.

///

///

///

///

///

WHEREFORE, Federal Respondents respectfully request that the Court grant this Unopposed Motion for Extension of Time and extend the deadline for Federal Respondents to review Petitioner's Fee Application through and including June 24, 2026.

Respectfully submitted this 17th day of June 2026.

TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Martin J. Mayer*
MARTIN J. MAYER
Special Assistant United States Attorney
*Attorneys for the Federal Respondents*

**IT IS SO ORDERED:**

**ANDREW P. GORDON**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:** June 18, 2026

2