SYLVIA L. ESPARZA, ESQ. NV #8444
Law Office of Sylvia L. Esparza
3340 Pepper Lane, Suite 105
Las Vegas, Nevada 89120
(702) 853-0233
Fax (702) 853-0234
Sylvia@sylviaesparzalaw.com
Counsel for Petitioner,
Carlos Rafael Del Cid Cruz

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA (LAS VEGAS)**
* * *

| | |
|---|---|
| Carlos Rafael DEL CID CRUZ | Case No. 2:26-cv-00853-APG-EJY |
| Petitioner, | Agency No. A207 521 673 |
| vs. | **STIPULATION AND PROPOSED ORDER REGARDING ATTORNEY'S FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT** |
| Markwayne MULLIN, Secretary of the United States Department of Homeland Security; | |
| Todd BLANCHE, Attorney General of the United States; | |
| Jason KNIGHT, Salt Lake City Field Office Director, U.S. Immigration and Customs Enforcement; | |
| John MATTOS, Warden at Nevada Southern Detention Center | |
| Respondents. | |

Pursuant to the Court's Order dated May 27, 2026 (ECF No. 12), and the Equal Access to Justice Act, 28 U.S.C. § 2412, Petitioner, Carlos Rafael Del Cid Cruz, and Federal Respondents, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Petitioner shall receive an award of attorney fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412.

2. Federal Respondents have reviewed Petitioner's fee application and supporting documentation and the parties have agreed that Petitioner shall be awarded attorney's fees and costs in the total amount of $6,500.

3. Payment shall be made within 30 days in accordance with the procedures and requirements of the Equal Access to Justice Act and applicable law.

4. This stipulation resolves Petitioner's request for attorney's fees and costs under the Equal Access to Justice Act in this matter.

IT IS SO STIPULATED.

Dated: June 24, 2026

Respectfully submitted,

TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Martin J. Mayer
MARTIN J. MAYER
Special Assistant United States Attorney
*Attorneys for the Federal Respondents*

/s/Sylvia L. Esparza, Esq.
Sylvia L. Esparza, Esq.
3340 Pepper Lane, Suite 105
Las Vegas, Nevada 89120
Tel: 702-853-0233
Fax: 702-853-0234
*Attorney for the Petitioner*

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Petitioner is awarded attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the total amount of $6,500.

**IT IS SO ORDERED.**

DATED: June 25, 2026

_____
UNITED STATES DISTRICT JUDGE

Case No. 2:26-cv-00853-APG-EJY
Del Cid Cruz v. Noem et al